JS-6

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| EBELIN NOEMI MANZANARES-GUIDO, Petitioner, v. FERETI SEMAIA, et al., Respondents. | Case No. 5:26-cv-03869-SP **JUDGMENT** |

Pursuant to the Memorandum Opinion and Order Denying Petition filed contemporaneously with the filing of this Judgment,

IT IS HEREBY ADJUDGED that the Petition is denied without prejudice.

Dated: September 23, 2026

SHERI PYM
United States Magistrate Judge